UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

FLOYD JUNIOR JAYCOX,
Institutional ID No. 01220652
SID No. 05269759

    Plaintiff,

v.

TDCJ ID AGENCY, *et al.*,

    Defendants.

No. 5:23-CV-00213-H

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation for disposition of this case. Specifically, the Magistrate Judge recommended that the Court (a) require Defendants TDCJ and Texas Tech University to answer Plaintiff's claims under the Americans with Disabilities Act (ADA) and Rehabilitation Act (RA) based on the alleged denial of single-cell housing, and (b) dismiss with prejudice Plaintiff's remaining claims against all other defendants under 28 U.S.C. §§ 1915 and 1915A for failure to state a claim. No objections were filed. The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The Court therefore orders:

1.     The Court will enter a separate order directing service and requiring Defendants TDCJ and Texas Tech University to answer or otherwise plead to Plaintiff's claims under the ADA and RA based on the alleged denial of single-cell housing.

2.  Plaintiff's remaining claims are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. There is no just reason for delay in entering a final judgment and final judgment will be entered as to these claims and Defendants pursuant to Federal Rule of Civil Procedure 54(b).

3.  All relief not expressly granted and any pending motions are denied.

Judgment will be entered accordingly.

So ordered on March 18, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge